## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

UNITED STATES OF AMERICA,

       Plaintiff,


v.                           **ORDER**
                           Criminal File No. 05-359 (MJD/AJB)

(1) OSCAR ARMANDO HERRERA-DISCUA,

       Defendant.
_____

Tricia A. Tingle, Assistant United States Attorney, Counsel for Plaintiff.

Arthur R. Martinez, Law Offices of Arthur R. Martinez P.A., Counsel for Defendant.

_____

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated December 2, 2005.  Defendant Oscar Armando Herrera-Discua filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.1(c).  Based on that review the Court adopts the Report and Recommendation dated December 2, 2005.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      The Magistrate Judge's Report and Recommendation dated
        December 2, 2005, [Docket No. 54] is hereby **ADOPTED**.

2.      Defendant's Motion to Suppress Evidence Obtained Pursuant to
        Search Warrant [Docket No. 48] is **DENIED**.

Dated: January 30, 2006                          s/ Michael J. Davis
                                                 Judge Michael J. Davis
                                                 United States District Court